# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DAWKINS, *on behalf of herself and all similarly situated persons*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ESTEE LAUDER COMPANIES INC.,<br><br>　　　　　Defendant. | Case No. 1:25-cv-01405-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 6) |

Before the Court is the parties' stipulation to extend the time in which Defendant may answer the complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant shall have through December 22, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **November 25, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge