1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MATTHEW S. KENEFICK (Bar No. 227298)
2  *mkenefick@jmbm.com*
   SEBASTIEN NGUYEN (Bar No. 340913)
3  *SNguyen@jmbm.com*
   333 Bush Street, 11th Floor
4  San Francisco, California 94104-2872
   Telephone: (415) 398-8080
5  Facsimile: (415) 398-5584

6  Attorneys for The Estée Lauder Companies, Inc.

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11  MONICA DAWKINS, on behalf of herself      Case No. 1:25-cv-01405-SAB
    and all similarly situated persons,
12                                            **DEFENDANT THE ESTÉE LAUDER
            Plaintiff,                        COMPANIES, INC.'S ANSWER TO
13                                            COMPLAINT**
        v.
14                                            Assigned to:     Hon. Stanley A. Boone
    THE ESTÉE LAUDER COMPANIES, INC.,
15  a Delaware corporation,

16          Defendant.

17

18         Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant THE ESTÉE

19  LAUDER COMPANIES, INC.("**Defendant**") answers the Class Action Complaint of Plaintiff

20  MONICA DAWKINS ("**Plaintiff**") and asserts its affirmative defenses as follows:

21                    <u>**NATURE OF THE ACTION**</u>

22         1.     Answering Paragraph 1, Defendant admits that it owns and operates

23  www.origins.com (the "**Website**").  Except as expressly admitted herein, Defendant denies each

24  and every allegation contained therein.

25         2.     Answering Paragraph 2, Defendant denies each and every allegation contained

26  therein.

27         3.     Answering Paragraph 3, Defendant denies each and every allegation contained

28  therein.

JMBM | Jeffer Mangels Butler & Mitchell LLP

4.      Answering Paragraph 4, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 4 further contains legal conclusions and argument as to which no response is required.

5.      Answering Paragraph 5, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 5 further contains legal conclusions and argument as to which no response is required.

6.      Answering Paragraph 6, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 6 further contains legal conclusions and argument as to which no response is required.

7.      Answering Paragraph 7, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 7 further contains legal conclusions and argument as to which no response is required.

8.      Answering Paragraph 8, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 8 further contains legal conclusions and argument as to which no response is required.

9.      Answering Paragraph 9, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10.     Answering Paragraph 10, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11.     Answering Paragraph 11, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12.     Answering Paragraph 12, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13.     Answering Paragraph 13, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14.     Answering Paragraph 14, Defendant denies each and every allegation contained therein.

15.     Answering Paragraph 15, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 15 further contains legal conclusions and argument as to which no response is required.

<u>**PARTIES**</u>

16.     Answering Paragraph 16, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17.     Answering Paragraph 17, Defendant admits the allegations contained therein.

18.     Answering Paragraph 18, Defendant admits the allegations contained therein.

19.     Answering Paragraph 19, Defendant admits the allegations contained therein.

20.     Answering Paragraph 20, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations.  Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21.    Answering Paragraph 21, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22.    Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 22 further contains legal conclusions and argument as to which no response is required.

## JURISDICTION AND VENUE

23.    Answering Paragraph 23, Defendant denies each and every allegation contained therein.

24.    Answering Paragraph 24, Defendant denies each and every allegation contained therein.

25.    Answering Paragraph 25, Defendant denies each and every allegation contained therein.

## GENERAL ALLEGATIONS

26.    Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27.    Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.    Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations.  Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29.     Answering Paragraph 29, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30.     Answering Paragraph 30, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.     Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.     Answering Paragraph 32, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33.     Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34.     Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35.     Answering Paragraph 35, Defendant denies each and every allegation contained therein.

36.   Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37.   Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38.   Answering Paragraph 38, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39.   Answering Paragraph 39, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40.   Answering Paragraph 40, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41.   Answering Paragraph 41, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.   Answering Paragraph 42, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43.     Answering Paragraph 43, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44.     Answering Paragraph 44, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45.     Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.     Answering Paragraph 46, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47.     Answering Paragraph 47, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.     Answering Paragraph 48, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49.     Answering Paragraph 49, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 49 further contains legal conclusions and argument as to which no response is required.

ANSWER TO COMPLAINT

50.     Answering Paragraph 50, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 50 further contains legal conclusions and argument as to which no response is required.

51.     Answering Paragraph 51, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52.     Answering Paragraph 52, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53.     Answering Paragraph 53, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 53 further contains legal conclusions and argument as to which no response is required.

54.     Answering Paragraph 54, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 54 further contains legal conclusions and argument as to which no response is required.

55.     Answering Paragraph 55, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56.     Answering Paragraph 56, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 56 further contains legal conclusions and argument as to which no response is required.

57.     Answering Paragraph 57, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 57 further contains legal conclusions and argument as to which no response is required.

58.     Answering Paragraph 58, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59.     Answering Paragraph 59, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60.     Answering Paragraph 60, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61.     Answering Paragraph 61, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62.     Answering Paragraph 62, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.     Answering Paragraph 63, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64.     Answering Paragraph 64, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 64 further contains legal conclusions and argument as to which no response is required.

65.     Answering Paragraph 65, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 65 further contains legal conclusions and argument as to which no response is required.

66.     Answering Paragraph 66, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.     Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68.     Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.     Answering Paragraph 69, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.     Answering Paragraph 70, Defendant denies each and every allegation contained therein.

71.     Answering Paragraph 71, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

1    denies such allegations.  Paragraph 71 further contains legal conclusions and argument as to which

2    no response is required.

3         72.     Answering Paragraph 72, Defendant lacks sufficient knowledge or information to

4    form a belief concerning the truth of the factual allegations contained therein and on that basis

5    denies such allegations.  Paragraph 72 further contains legal conclusions and argument as to which

6    no response is required.

7         73.     Answering Paragraph 73, Defendant denies each and every allegation contained

8    therein.

9         74.     Answering Paragraph 74, Defendant denies each and every allegation contained

10    therein.

11         75.     Answering Paragraph 75, Defendant denies each and every allegation contained

12    therein.

13         76.     Answering Paragraph 76, Defendant lacks sufficient knowledge or information to

14    form a belief concerning the truth of the factual allegations contained therein and on that basis

15    denies such allegations.  Paragraph 76 further contains legal conclusions and argument as to which

16    no response is required.

17         77.     Answering Paragraph 77, Defendant lacks sufficient knowledge or information to

18    form a belief concerning the truth of the factual allegations contained therein and on that basis

19    denies such allegations.  Paragraph 77 further contains legal conclusions and argument as to which

20    no response is required.

21         78.     Answering Paragraph 78, Defendant lacks sufficient knowledge or information to

22    form a belief concerning the truth of the factual allegations contained therein and on that basis

23    denies such allegations.  Paragraph 78 further contains legal conclusions and argument as to which

24    no response is required.

25         79.     Answering Paragraph 79, Defendant lacks sufficient knowledge or information to

26    form a belief concerning the truth of the factual allegations contained therein and on that basis

27    denies such allegations.  Paragraph 79 further contains legal conclusions and argument as to which

28    no response is required.

JMBM | Jeffer Mangels Butler & Mitchell LLP

80.    Answering Paragraph 80, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81.    Answering Paragraph 81, Defendant denies each and every allegation contained therein.

82.    Answering Paragraph 82, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 82 further contains legal conclusions and argument as to which no response is required.

83.    Answering Paragraph 83, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84.    Answering Paragraph 84, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 84 further contains legal conclusions and argument as to which no response is required.

85.    Answering Paragraph 85, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 85 further contains legal conclusions and argument as to which no response is required.

86.    Answering Paragraph 86, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87.    Answering Paragraph 87, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88.     Answering Paragraph 88, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 88 further contains legal conclusions and argument as to which no response is required.

89.     Answering Paragraph 89, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 89 further contains legal conclusions and argument as to which no response is required.

90.     Answering Paragraph 90, Defendant denies each and every allegation contained therein.

91.     Answering Paragraph 91, Defendant denies each and every allegation contained therein.

92.     Answering Paragraph 92, Defendant denies each and every allegation contained therein.

93.     Answering Paragraph 93, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94.     Answering Paragraph 94, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95.     Answering Paragraph 95, Defendant denies each and every allegation contained therein.

96.     Answering Paragraph 96, Defendant denies each and every allegation contained therein.

ANSWER TO COMPLAINT

1   97.   Answering Paragraph 97, Defendant denies each and every allegation contained

2   therein.

3   98.   Answering Paragraph 98, Defendant denies each and every allegation contained

4   therein.

5   99.   Answering Paragraph 99, Defendant lacks sufficient knowledge or information to

6   form a belief concerning the truth of the factual allegations contained therein and on that basis

7   denies such allegations.  Paragraph 99 further contains legal conclusions and argument as to which

8   no response is required.

9   100.   Answering Paragraph 100, Defendant lacks sufficient knowledge or information to

10   form a belief concerning the truth of the factual allegations contained therein and on that basis

11   denies such allegations.  Paragraph 100 further contains legal conclusions and argument as to

12   which no response is required.

13   101.   Answering Paragraph 101, Defendant lacks sufficient knowledge or information to

14   form a belief concerning the truth of the factual allegations contained therein and on that basis

15   denies such allegations.  Paragraph 101 further contains legal conclusions and argument as to

16   which no response is required.

17   102.   Answering Paragraph 102, Defendant lacks sufficient knowledge or information to

18   form a belief concerning the truth of the factual allegations contained therein and on that basis

19   denies such allegations.  Paragraph 102 further contains legal conclusions and argument as to

20   which no response is required.

21   103.   Answering Paragraph 103, Defendant lacks sufficient knowledge or information to

22   form a belief concerning the truth of the factual allegations contained therein and on that basis

23   denies such allegations.  Paragraph 103 further contains legal conclusions and argument as to

24   which no response is required.

25   104.   Answering Paragraph 104, Defendant lacks sufficient knowledge or information to

26   form a belief concerning the truth of the factual allegations contained therein and on that basis

27   denies such allegations.  Paragraph 104 further contains legal conclusions and argument as to

28   which no response is required.

14

ANSWER TO COMPLAINT

105. Answering Paragraph 105, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 105 further contains legal conclusions and argument as to which no response is required.

106. Answering Paragraph 106, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 106 further contains legal conclusions and argument as to which no response is required.

107. Answering Paragraph 107, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 107 further contains legal conclusions and argument as to which no response is required.

108. Answering Paragraph 108, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 108 further contains legal conclusions and argument as to which no response is required.

109. Answering Paragraph 109, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 109 further contains legal conclusions and argument as to which no response is required.

110. Answering Paragraph 110, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 110 further contains legal conclusions and argument as to which no response is required.

111. Answering Paragraph 111, Defendant denies each and every allegation contained therein.

112. Answering Paragraph 112, Defendant denies each and every allegation contained therein.

113.    Answering Paragraph 113, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 113 further contains legal conclusions and argument as to which no response is required.

114.    Answering Paragraph 114, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 114 further contains legal conclusions and argument as to which no response is required.

115.    Answering Paragraph 115, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 115 further contains legal conclusions and argument as to which no response is required.

116.    Answering Paragraph 116, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 116 further contains legal conclusions and argument as to which no response is required.

117.    Answering Paragraph 117, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 117 further contains legal conclusions and argument as to which no response is required.

118.    Answering Paragraph 118, Defendant denies each and every allegation contained therein.

119.    Answering Paragraph 119, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 119 further contains legal conclusions and argument as to which no response is required.

120.    Answering Paragraph 120, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations.  Paragraph 120 further contains legal conclusions and argument as to which no response is required.

121.    Answering Paragraph 121, Defendant denies each and every allegation contained therein.

122.    Answering Paragraph 122, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 122 further contains legal conclusions and argument as to which no response is required.

123.    Answering Paragraph 123, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 123 further contains legal conclusions and argument as to which no response is required.

124.    Answering Paragraph 124, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 124 further contains legal conclusions and argument as to which no response is required.

125.    Answering Paragraph 125, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 125 further contains legal conclusions and argument as to which no response is required.

126.    Answering Paragraph 126, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 126 further contains legal conclusions and argument as to which no response is required.

127.    Answering Paragraph 127, Defendant denies each and every allegation contained therein.

128.    Answering Paragraph 128, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

ANSWER TO COMPLAINT

1  denies such allegations. Paragraph 128 further contains legal conclusions and argument as to

2  which no response is required.

3      129.    Answering Paragraph 129, Defendant lacks sufficient knowledge or information to

4  form a belief concerning the truth of the factual allegations contained therein and on that basis

5  denies such allegations. Paragraph 129 further contains legal conclusions and argument as to

6  which no response is required.

7      130.    Answering Paragraph 130, Defendant lacks sufficient knowledge or information to

8  form a belief concerning the truth of the factual allegations contained therein and on that basis

9  denies such allegations. Paragraph 130 further contains legal conclusions and argument as to

10  which no response is required.

11      131.    Answering Paragraph 131, Defendant lacks sufficient knowledge or information to

12  form a belief concerning the truth of the factual allegations contained therein and on that basis

13  denies such allegations. Paragraph 131 further contains legal conclusions and argument as to

14  which no response is required.

15      132.    Answering Paragraph 132, Defendant lacks sufficient knowledge or information to

16  form a belief concerning the truth of the factual allegations contained therein and on that basis

17  denies such allegations. Paragraph 132 further contains legal conclusions and argument as to

18  which no response is required.

19      133.    Answering Paragraph 133, Defendant lacks sufficient knowledge or information to

20  form a belief concerning the truth of the factual allegations contained therein and on that basis

21  denies such allegations. Paragraph 133 further contains legal conclusions and argument as to

22  which no response is required.

23      134.    Answering Paragraph 134, Defendant lacks sufficient knowledge or information to

24  form a belief concerning the truth of the factual allegations contained therein and on that basis

25  denies such allegations. Paragraph 134 further contains legal conclusions and argument as to

26  which no response is required.

27      135.    Answering Paragraph 135, Defendant denies each and every allegation contained

28  therein.

136.    Answering Paragraph 136, Defendant denies each and every allegation contained therein.

137.    Answering Paragraph 137, Defendant denies each and every allegation contained therein.

138.    Answering Paragraph 138, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 138 further contains legal conclusions and argument as to which no response is required.

139.    Answering Paragraph 139, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 139 further contains legal conclusions and argument as to which no response is required.

140.    Answering Paragraph 140, Defendant denies each and every allegation contained therein.

141.    Answering Paragraph 141, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 141 further contains legal conclusions and argument as to which no response is required.

142.    Answering Paragraph 142, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 142 further contains legal conclusions and argument as to which no response is required.

**SPECIFIC ALLEGATIONS**

143.    Answering Paragraph 143, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 143 further contains legal conclusions and argument as to which no response is required.

JMBM | Jeffer Mangels Butler & Mitchell LLP

144.    Answering Paragraph 144, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 144 further contains legal conclusions and argument as to which no response is required.

145.    Answering Paragraph 145, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 145 further contains legal conclusions and argument as to which no response is required.

146.    Answering Paragraph 146, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 146 further contains legal conclusions and argument as to which no response is required.

147.    Answering Paragraph 147, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 147 further contains legal conclusions and argument as to which no response is required.

148.    Answering Paragraph 148, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 148 further contains legal conclusions and argument as to which no response is required.

149.    Answering Paragraph 149, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 149 further contains legal conclusions and argument as to which no response is required.

150.    Answering Paragraph 150, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 150 further contains legal conclusions and argument as to which no response is required.

ANSWER TO COMPLAINT

151.    Answering Paragraph 151, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 151 further contains legal conclusions and argument as to which no response is required.

152.    Answering Paragraph 152, Defendant denies each and every allegation contained therein.

153.    Answering Paragraph 153, Defendant denies each and every allegation contained therein.

154.    Answering Paragraph 154, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 154 further contains legal conclusions and argument as to which no response is required.

155.    Answering Paragraph 155, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 155 further contains legal conclusions and argument as to which no response is required.

156.    Answering Paragraph 156, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 156 further contains legal conclusions and argument as to which no response is required.

157.    Answering Paragraph 157, Defendant denies each and every allegation contained therein.

158.    Answering Paragraph 158, Defendant denies each and every allegation contained therein.

159.    Answering Paragraph 159, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 159 further contains legal conclusions and argument as to which no response is required.

160.    Answering Paragraph 160, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 160 further contains legal conclusions and argument as to which no response is required.

161.    Answering Paragraph 161, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 161 further contains legal conclusions and argument as to which no response is required.

162.    Answering Paragraph 162, Defendant denies each and every allegation contained therein.

163.    Answering Paragraph 163, Defendant denies each and every allegation contained therein.

164.    Answering Paragraph 164, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 164 further contains legal conclusions and argument as to which no response is required.

165.    Answering Paragraph 165, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 165 further contains legal conclusions and argument as to which no response is required.

166.    Answering Paragraph 166, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 166 further contains legal conclusions and argument as to which no response is required.

167.    Answering Paragraph 167, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 167 further contains legal conclusions and argument as to which no response is required.

JMBM | Jeffer Mangels Butler & Mitchell LLP

168.    Answering Paragraph 168, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 168 further contains legal conclusions and argument as to which no response is required.

169.    Answering Paragraph 169, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 169 further contains legal conclusions and argument as to which no response is required.

170.    Answering Paragraph 170, Defendant denies each and every allegation contained therein.

171.    Answering Paragraph 171, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 171 further contains legal conclusions and argument as to which no response is required.

172.    Answering Paragraph 172, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 172 further contains legal conclusions and argument as to which no response is required.

173.    Answering Paragraph 173, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 173 further contains legal conclusions and argument as to which no response is required.

174.    Answering Paragraph 174, Defendant denies each and every allegation contained therein.

175.    Answering Paragraph 175, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 175 further contains legal conclusions and argument as to which no response is required.

176.    Answering Paragraph 176, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 176 further contains legal conclusions and argument as to which no response is required.

177.    Answering Paragraph 177, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 177 further contains legal conclusions and argument as to which no response is required.

178.    Answering Paragraph 178, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 178 further contains legal conclusions and argument as to which no response is required.

179.    Answering Paragraph 179, Defendant denies each and every allegation contained therein.

180.    Answering Paragraph 180, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 180 further contains legal conclusions and argument as to which no response is required.

181.    Answering Paragraph 181, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 181 further contains legal conclusions and argument as to which no response is required.

182.    Answering Paragraph 182, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 182 further contains legal conclusions and argument as to which no response is required.

183.    Answering Paragraph 183, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations.  Paragraph 183 further contains legal conclusions and argument as to which no response is required.

184.    Answering Paragraph 184, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 184 further contains legal conclusions and argument as to which no response is required.

185.    Answering Paragraph 185, Defendant denies each and every allegation contained therein.

186.    Answering Paragraph 186, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 186 further contains legal conclusions and argument as to which no response is required.

187.    Answering Paragraph 187, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 187 further contains legal conclusions and argument as to which no response is required.

188.    Answering Paragraph 188, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 188 further contains legal conclusions and argument as to which no response is required.

189.    Answering Paragraph 189, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 189 further contains legal conclusions and argument as to which no response is required.

190.    Answering Paragraph 190, Defendant denies each and every allegation contained therein.

191.    Answering Paragraph 191, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

JMBM | Jeffer Mangels Butler & Mitchell LLP

1  denies such allegations.  Paragraph 191 further contains legal conclusions and argument as to

2  which no response is required.

3      192.    Answering Paragraph 192, Defendant lacks sufficient knowledge or information to

4  form a belief concerning the truth of the factual allegations contained therein and on that basis

5  denies such allegations.  Paragraph 192 further contains legal conclusions and argument as to

6  which no response is required.

7      193.    Answering Paragraph 193, Defendant lacks sufficient knowledge or information to

8  form a belief concerning the truth of the factual allegations contained therein and on that basis

9  denies such allegations.  Paragraph 193 further contains legal conclusions and argument as to

10 which no response is required.

11     194.    Answering Paragraph 194, Defendant denies each and every allegation contained

12 therein.

13     195.    Answering Paragraph 195, Defendant denies each and every allegation contained

14 therein.

15     196.    Answering Paragraph 196, Defendant lacks sufficient knowledge or information to

16 form a belief concerning the truth of the factual allegations contained therein and on that basis

17 denies such allegations.  Paragraph 196 further contains legal conclusions and argument as to

18 which no response is required.

19     197.    Answering Paragraph 197, Defendant lacks sufficient knowledge or information to

20 form a belief concerning the truth of the factual allegations contained therein and on that basis

21 denies such allegations.  Paragraph 197 further contains legal conclusions and argument as to

22 which no response is required.

23     198.    Answering Paragraph 198, Defendant lacks sufficient knowledge or information to

24 form a belief concerning the truth of the factual allegations contained therein and on that basis

25 denies such allegations.  Paragraph 198 further contains legal conclusions and argument as to

26 which no response is required.

27     199.    Answering Paragraph 199, Defendant lacks sufficient knowledge or information to

28 form a belief concerning the truth of the factual allegations contained therein and on that basis

JMBM | Jeffer Mangels Butler & Mitchell LLP

1  denies such allegations.  Paragraph 199 further contains legal conclusions and argument as to

2  which no response is required.

3      200.    Answering Paragraph 200, Defendant lacks sufficient knowledge or information to

4  form a belief concerning the truth of the factual allegations contained therein and on that basis

5  denies such allegations.  Paragraph 200 further contains legal conclusions and argument as to

6  which no response is required.

7      201.    Answering Paragraph 201, Defendant lacks sufficient knowledge or information to

8  form a belief concerning the truth of the factual allegations contained therein and on that basis

9  denies such allegations.  Paragraph 201 further contains legal conclusions and argument as to

10  which no response is required.

11      202.    Answering Paragraph 202, Defendant denies each and every allegation contained

12  therein.

13      203.    Answering Paragraph 203, Defendant lacks sufficient knowledge or information to

14  form a belief concerning the truth of the factual allegations contained therein and on that basis

15  denies such allegations.  Paragraph 203 further contains legal conclusions and argument as to

16  which no response is required.

17      204.    Answering Paragraph 204, Defendant lacks sufficient knowledge or information to

18  form a belief concerning the truth of the factual allegations contained therein and on that basis

19  denies such allegations.  Paragraph 204 further contains legal conclusions and argument as to

20  which no response is required.

21      205.    Answering Paragraph 205, Defendant lacks sufficient knowledge or information to

22  form a belief concerning the truth of the factual allegations contained therein and on that basis

23  denies such allegations.  Paragraph 205 further contains legal conclusions and argument as to

24  which no response is required.

25      206.    Answering Paragraph 206, Defendant lacks sufficient knowledge or information to

26  form a belief concerning the truth of the factual allegations contained therein and on that basis

27  denies such allegations.  Paragraph 206 further contains legal conclusions and argument as to

28  which no response is required.

JMBM | Jeffer Mangels Butler & Mitchell LLP

207. Answering Paragraph 207, Defendant denies each and every allegation contained therein.

208. Answering Paragraph 208, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 208 further contains legal conclusions and argument as to which no response is required.

## CLASS ALLEGATIONS

209. Answering Paragraph 209, Defendant admits that Plaintiff brings this action individually and on behalf of all those similarly situated. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

210. Answering Paragraph 210, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 210 further contains legal conclusions and argument as to which no response is required.

211. Answering Paragraph 211, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 211 further contains legal conclusions and argument as to which no response is required.

212. Answering Paragraph 212, Defendant denies each and every allegation contained therein.

213. Answering Paragraph 213, Defendant denies each and every allegation contained therein.

214. Answering Paragraph 214, Defendant denies each and every allegation contained therein.

215. Answering Paragraph 215, Defendant denies each and every allegation contained therein.

216. Answering Paragraph 216, Defendant denies each and every allegation contained therein.

ANSWER TO COMPLAINT

80070472v1

JMBM Jeffer Mangels Butler & Mitchell LLP

## FIRST CAUSE OF ACTION

### Violations of Cal. Penal Code § 638.51

217.    Answering Paragraph 217, Defendant hereby incorporates by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations made in response to all previous paragraphs as though fully set forth herein.

218.    Answering Paragraph 218, Defendant admits that Plaintiff brings this claim individually and on behalf of the members of the proposed class.  Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

219.    Answering Paragraph 219, Defendant denies each and every allegation contained therein.

220.    Answering Paragraph 220, Defendant denies each and every allegation contained therein.

## SECOND CAUSE OF ACTION

### Violation of Cal. Penal Code § 631

221.    Answering Paragraph 221, Defendant hereby incorporates by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations made in response to all previous paragraphs as though fully set forth herein.

222.    Answering Paragraph 222, Defendant admits that Plaintiff brings this claim individually and on behalf of the proposed class.  Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

223.    Answering Paragraph 223, Defendant denies each and every allegation contained therein.

224.    Answering Paragraph 224, Defendant denies each and every allegation contained therein.

225.    Answering Paragraph 225, Defendant denies each and every allegation contained therein.

226.    Answering Paragraph 226, Defendant denies each and every allegation contained therein.

227.    Answering Paragraph 227, Defendant denies each and every allegation contained therein.

228.    Answering Paragraph 228, Defendant denies each and every allegation contained therein.

229.    Answering Paragraph 229, Defendant denies each and every allegation contained therein.

### PRAYER FOR RELIEF

Answering Plaintiff's Prayer for Relief, Defendant denies that Plaintiff is entitled to any relief whatsoever.

### AFFIRMATIVE DEFENSES

Defendant pleads the following separate defenses.  Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

### FIRST AFFIRMATIVE DEFENSE

### (Good Faith)

1.    Defendant is not liable for violations of Cal. Penal Code §§ 638.51 and 631 because Defendant's provision of data collection on its website is reasonable and in good faith. Defendant had in place expansive privacy agreements with its data processors expressly limiting their use of any data and requiring compliance with all laws.

### SECOND AFFIRMATIVE DEFENSE

### (Consent)

2.    Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class, are barred, in whole or in part, by the existence of consent, disclosure, notification, ratification, acquiescence, authorization, and/or acceptance because Defendant's online terms and conditions and privacy policy disclosed Defendant's collection and use of Plaintiff and the putative class members' information.  Defendant reasonably and in good faith believed that Plaintiff and the putative class members consented to Defendant's use of its data collection when they freely and knowingly chose to use said website after being informed of the privacy implications through Defendant's online terms and conditions and/or privacy policy.

1

**THIRD AFFIRMATIVE DEFENSE**

2

**(Waiver)**

3          3.          Since Plaintiff and the putative class members freely and knowingly chose to

4   consent to and use Defendant's website after being informed of the privacy implications through

5   Defendant's online terms and conditions and/or privacy policy, Plaintiff and the putative class

6   members waived their privacy rights and potential recovery under Cal. Penal Code §§ 638.51 and

7   631 against Defendant.

8

**FOURTH AFFIRMATIVE DEFENSE**

9

**(Class Action Waiver)**

10          4.          This action may not be properly maintained or certified as a class action because,

11   among other reasons, Plaintiff and the putative class members waived the right to participate in a

12   class action by consenting to the terms and conditions on Defendant's website.

13

**FIFTH AFFIRMATIVE DEFENSE**

14

**(Failure to Mitigate)**

15          5.          Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members

16   of the putative class, are barred for their failure to mitigate any purported damages.  Plaintiff and

17   the putative class members could have avoided their alleged harm and damages had Plaintiff and

18   the putative class members reasonably read and/or reviewed Defendant's online terms and

19   conditions and privacy policy as they relate to Defendant's collection and use of online visitor

20   information.

21

**PRAYER FOR RELIEF**

22          WHEREFORE, Defendant prays for relief as follows:

23          1.          That the Complaint be dismissed, with prejudice and in its entirety;

24          2.          That Plaintiff take nothing by reason of this Complaint and that judgment be

25   entered against Plaintiff and in favor of Defendant;

26          3.          That Defendant be awarded its costs incurred in defending this action;

27          4.          That Defendant be granted such other and further relief as the Court may deem just

28   and proper.

JMBM | Jeffer Mangels Butler & Mitchell LLP

1

2  DATED: December 22, 2025          JEFFER MANGELS BUTLER & MITCHELL LLP
                                    MATTHEW S. KENEFICK
3                                   SEBASTIEN NGUYEN

4

5                                   By: _____

6                                          MATTHEW S. KENEFICK
                                    Attorneys for The Estée Lauder Companies, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28