# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DAWKINS, *on behalf of herself and all similarly situated persons*,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTEE LAUDER COMPANIES INC.,<br><br>Defendant. | Case No. 1:25-cv-01405-SAB<br><br>ORDER RE STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 11) |

Before the Court is the parties' stipulation to continue the mandatory initial scheduling conference. For good cause shown, the Court hereby approves the stipulation and ORDERS that the initial scheduling conference is CONTINUED to **April 28, 2026, at 11:00 a.m.**

IT IS SO ORDERED.

Dated:   **February 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge