# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DAWKINS, *on behalf of herself and all similarly situated persons*,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTEE LAUDER COMPANIES INC.,<br><br>Defendant. | Case No. 1:25-cv-01405-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 15)<br><br>**JUNE 19, 2026 DEADLINE** |

On April 20, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than June 19, 2026.  (ECF No. 15.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED.  Plaintiff shall file, or ensure the filing of, dispositional documents no later than **June 19, 2026**.  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **April 21, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge