# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DAWKINS, *on behalf of herself and all similarly situated persons*,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTEE LAUDER COMPANIES INC.,<br><br>Defendant. | Case No. 1:25-cv-01405-SAB<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL<br><br>(ECF No. 17) |

On May 14, 2026, the parties filed a stipulation dismissing Plaintiff's individual claims with prejudice, and dismissal of the putative class members' claims without prejudice.  (ECF No. 17.)  In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  __**May 15, 2026**__                    _____

STANLEY A. BOONE
United States Magistrate Judge